THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ADAM BRIGGS, PAULA BRIGGS,
his wife, JOSHUA BRIGGS, and
SARAH BRIGGS,

              Plaintiffs   :   3:21-CV-520
                 :   (JUDGE MARIANI)
    v.   :   (Magistrate Judge Carlson)

SOUTHWESTERN ENERGY
PRODUCTION COMPANY, a/k/a SWN
PRODUCTION COMPANY, LLC,

              Defendant.

**ORDER**

AND NOW, THIS **16th** DAY OF AUGUST, 2023, upon *de novo* review of Magistrate Judge Martin Carlson's Report and Recommendation ("R&R") (Doc. 14), Plaintiffs' objections thereto (Doc. 15), and all relevant briefs, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 14) is **ADOPTED AS MODIFIED** for the reasons stated in the accompanying Memorandum Opinion.

2. Plaintiffs' Objections (Doc. 15) are **OVERRULED**.

3. Defendant's Motion to Dismiss (Doc. 2) is **GRANTED**. Plaintiffs' Complaint (Doc. 1-2) is **DISMISSED WITHOUT PREJUDICE**.

4. Plaintiffs are granted leave to amend their Complaint to assert claims alleged to have arisen after the time period encompassed within *Briggs I*. Plaintiffs may file an Amended Complaint within **21 days** of the date of this Order.