THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ADAM BRIGGS, PAULA BRIGGS,
his wife, JOSHUA BRIGGS, and
SARAH BRIGGS,

     Plaintiffs,

  v.

SOUTHWESTERN ENERGY
PRODUCTION COMPANY, a/k/a SWN
PRODUCTION COMPANY, LLC,

     Defendant.

3:21-CV-520
(JUDGE MARIANI)

## ORDER

AND NOW, ON THIS 3rd DAY OF JANUARY, 2024, upon consideration of the Motion to Dismiss (Doc. 22) filed by Defendant Southwestern Energy Production Company, a/k/a SWN Production Company, LLC, and all other relevant documents, for the reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT** Defendant's Motion to Dismiss (Doc. 22) is **DENIED**.

                _____
                Robert D. Mariani
                United States District Judge