THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADAM BRIGGS, PAULA BRIGGS, his wife, JOSHUA BRIGGS, and SARAH BRIGGS, | : : : : |
| Plaintiffs, | : 3:21-CV-520 : (JUDGE MARIANI) |
| v. | : : |
| SOUTHWESTERN ENERGY PRODUCTION COMPANY, a/k/a SWN PRODUCTION COMPANY, LLC, | : : : : |
| Defendant. | : |

## ORDER

AND NOW, THIS 26th DAY OF SEPTEMBER 2024, IT IS HEREBY ORDERED

**THAT**: upon review of the parties' submission, (Docs. 39, 41, 43, 44), Defendant's Motion to Compel, (Doc. 39), is **DENIED**.

Robert D. Mariani
United States District Judge