THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ADAM BRIGGS, PAULA BRIGGS,
his wife, JOSHUA BRIGGS, and
SARAH BRIGGS,

        Plaintiffs,

    v.

SOUTHWESTERN ENERGY
PRODUCTION COMPANY, a/k/a SWN
PRODUCTION COMPANY, LLC,

        Defendant.

3:21-CV-520
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 21st DAY OF MARCH 2025, upon review of the parties' motions and submissions, (Docs. 51-68), **IT IS HEREBY ORDERED THAT**:

1. Defendant's Motion for Summary Judgment, (Doc. 51), is **GRANTED**.

2. Judgment is **ENTERED** in favor of Defendant and against Plaintiffs.

3. Defendant's Motion to Strike, (Doc. 60), is **DENIED**.

4. Plaintiffs' Motion for Leave to File Amended Pleading and Brief, (Doc. 62), is **GRANTED**.

5. The Clerk of Court is directed to **CLOSE** the above-captioned case.

_____
Robert D. Mariani
United States District Judge